UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| Patricia Wingrove, | Case No. 1:17-cv-00804-WCG |
| Plaintiff, | Honorable William C. Griesbach |
| v. | |
| United Receivables Group, LLC et al., | **NOTICE OF SETTLEMENT** |
| Defendants. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: December 20, 2017
By:     /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq. (Ohio Bar No. 0079315)
Attorney for Plaintiff
HYSLIP & TAYLOR, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

United Receivables Group, LLC
C/o Angel Lopez, President
572 John Ross Parkway, Suite 107 #12
Rock Hill, SC  29730
alopez@urgonline.com

s/ Jeffrey S. Hyslip